FILED IN CHAMBERS
U.S.D.C. Atlanta
MAY 2 3 2011
JAMES N. HATTEN, Clerk
By: L. Wade-Childs
Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INFORMATION |
| v. | : | |
| | : | NO. 1:11-CR-0244 |
| ANNETTE FORD | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
(Conspiracy)

1. Beginning on a date unknown, but from at least in or about January 2007, and continuing through in or about April 2011, in the Northern District of Georgia and elsewhere, the Defendant, ANNETTE FORD, did combine, conspire, confederate, agree, and have a tacit understanding with others to commit certain offenses, namely:

      a. To knowingly present to an agency of the United States materially false claims against the United States, knowing that such claims were false, fictitious, and fraudulent, in violation of Title 18, United States Code, Section 287; and

      b. To steal, purloin, and knowingly convert to her own use and the use of another money belonging to the United States and an agency thereof, having a value of more than $1,000, in violation of Title 18, United States Code, Section 641.

2. Defendant FORD owned and operated ePROTAX Services, Inc., a business that she created on or about January 4, 2007. Defendant FORD registered the business with the Georgia Secretary of State and is listed as its Chief Executive Officer, Chief Financial Officer, Secretary, and Registered Agent.

3. Defendant FORD, acting in concert with others, stole the identities of thousands of unsuspecting victims, obtaining their personal identifying information, including names, dates of birth, and social security numbers. Defendant FORD provided these identities to other participants in the conspiracy for their use.

4. Using the stolen identities, defendant FORD, acting in concert with others, filed fraudulent tax returns with the Internal Revenue Service and Georgia Department of Revenue seeking tax refunds in others' names, without their knowledge or authorization. Once the tax refund checks were received, defendant FORD and others involved in the conspiracy forged the victims' signatures on the tax refund checks, deposited them in her business bank account, and negotiated them at banks.

5. As part of the conspiracy, defendant FORD also received tax refund checks and Social Security checks that had been stolen from the mail before they had reached the intended recipients. Defendant FORD and others involved in the conspiracy forged the victims' signatures on these checks, deposited them in her business bank account, and negotiated them at banks.

6. On or about April 14, 2011, in furtherance of the conspiracy, and to effect the objects and purposes thereof, defendant FORD, aided and abetted by others, possessed over 5,500 stolen identities, including names, dates of birth, and social security numbers, possessed fraudulent tax returns prepared in the names of identity theft victims, and possessed Treasury checks and Social Security checks that had been stolen and obtained by fraud.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO
### (Aggravated Identity Theft)

7. The United States Attorney re-alleges and incorporates by reference paragraphs 2 through 6 of this Information as if fully set forth herein.

8. In or about May 2010, in the Northern District of Georgia and elsewhere, the defendant, ANNETTE FORD, aided and abetted by others, did knowingly possess and use, without lawful authority, a means of identification of another person, that person being J.W.,

during and in relation to committing the felony violation of theft of government money under Title 18, United States Code, Section 641.

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

*/s/ Syd H. McClain*

STEPHEN H. McCLAIN
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6288
Georgia Bar No. 143186